UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 27, 2012
```

------------------------------------------------------------------X
                                    :

ADELAIDA PEREZ-HERNANDEZ, et al.,       :
individually and on behalf of others similarly  :
situated,                         :        11 Civ. 6146 (KBF)
                                      :
                    Plaintiffs,    :         **ORDER**
                                      :

              -v-                 :
                                      :

DAPPER DUDS LAUNDROMAT, INC., and JAY  :
LIEBERMAN,                        :
                                      :
                    Defendants.   :
------------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

On December 20, 2012, the parties informed the Court that they reached a settlement in principle, which they believed would be finalized within thirty days. Because this is an action under the Fair Labor Standards Act, the Court must review any settlement for fairness.  See Elliott v. Allstate Investigations, Inc., No. 07 Civ. 6078 (DLC), 2008 WL 728648, at *1-2 (S.D.N.Y. Mar. 19, 2008) (citing D.A. Schulte, Inc. v. Gangi, 328 U.S. 108, 114 (1946)).  Accordingly, it is hereby

ORDERED that the parties shall submit, not later than **January 21, 2013**:

1. A proposed settlement agreement;

2. Information regarding any portion of the settlement that will go toward attorneys' fees; and

3. Any other papers they wish to file in support of that settlement.

IT IS FURTHER ORDERED that the conference scheduled for January 14,

2013, is adjourned.

SO ORDERED:

Dated:      New York, New York
            December 27, 2012

_____
          KATHERINE B. FORREST
          United States District Judge